UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MARVIN BROOKS** | * | **CIVIL ACTION NO. 12-2578** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **WARDEN, AVOYELLES CORRECTIONAL CENTER** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the petition for *habeas corpus* filed by Petitioner Marvin Brooks [doc. # 1] is **DENIED and DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 13th day of September, 2013, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE